# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ANDREW J. SMITH
    Plaintiff,

    v.                               C.A. No. 19-550-MSM-LDA

STATE OF RHODE ISLAND
FAMILY COURT, et al.
    Defendants.

## JUDGMENT

    This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

    Pursuant to this Court's order entered on January 7, 2020, the judgment is hereby entered dismissing this matter in accordance with Fed. R. Civ. P. 58.

    It is so ordered.


January 7, 2020                            By the Court:

                                                    /s/ Hanorah Tyer-Witek.
                                                    Clerk of Court